# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **OMARI GRAHAM,** | : | **CIVIL ACTION NO. 1:05-CV-0521** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **FEDERAL BUREAU OF PRISONS DIRECTOR and WARDEN HOLT - FCI-SCHUYLKILL** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 8th day of August, 2005, upon consideration of defendants' motion for summary judgment (Doc. 15) and supporting brief (Doc. 16), filed on July 12, 2005, and it appearing that plaintiff has not filed a brief in opposition to the motion as of the date of this order, see L.R. 7.6 ("Any party opposing any motion shall file a responsive brief [within fifteen days of the filing of the brief in support or] . . . shall be deemed not to oppose such motion."), it is hereby ORDERED that plaintiff shall file a brief in opposition to the motion for summary judgment (Doc. 15) on or before August 18, 2005.  Failure to comply with this order may result in the granting of the motion or dismissal of this action for failure to prosecute. See FED. R. CIV. P. 41(b); L.R. 7.6.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge