# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **OMARI GRAHAM,** | : | **CIVIL ACTION NO. 1:05-CV-0521** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **FEDERAL BUREAU OF PRISONS DIRECTOR and WARDEN HOLT - FCI-SCHUYLKILL,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 23rd day of August, 2005, upon consideration of the order of court (Doc. 19) directing plaintiff to file, on or before August 18, 2005, a brief in opposition to defendants' motion for summary judgment (Doc. 15) or risk the granting of the motion or dismissal of the above-captioned action for failure to prosecute, see FED. R. CIV. P. 41(b); L.R. 7.6, and it appearing that plaintiff has not filed a brief in opposition as of the date of this order, it is hereby ORDERED that plaintiff shall, on or before September 6, 2005, file a response showing cause why the above-captioned action should not be dismissed for failure to prosecute. FED. R. CIV. P. 41(b). Failure to file a timely response will be construed as an abandonment of plaintiff's claims and will result in the dismissal of the complaint for failure to prosecute. See id.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge