**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **OMARI GRAHAM,** | : | **CIVIL ACTION NO. 4:05-CV-0521** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **FEDERAL BUREAU OF PRISONS DIRECTOR AND WARDEN HOLT - FCI-SCHUYLKILL** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 15th day of September, 2005, upon consideration of plaintiff's motion for enlargement (Doc. 22) to respond to defendants' motion for summary judgment, and plaintiff having been afforded additional time to respond to the motion on two separate occasions (Docs. 19, 20), and it appearing that plaintiff fails to give cause for requesting additional time to respond to the motion, see FED. R. CIV. P. 6(b)(1), it is hereby ORDERED that:

1. Plaintiff's motion (Doc. 22) is DENIED.

2. Plaintiff shall, on or before September 25, 2005, file a response to defendants' motion for summary judgment.

3. Failure to do so will result in the above-captioned action being dismissed for failure to prosecute. FED. R. CIV. P. 41(b).

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge